UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STEPHEN JONES, )<br>)<br>Plaintiff, )<br>)<br>v. )     No. 4:12-CV-02109-CAS<br>)<br>MAYOR FRANCIS G. SLAY, )<br>et. al., )<br>)<br>Defendants ) | |

## DEFENDANT'S EXHIBIT LIST

Defendant Shell Sharp ("Defendant") respectfully submits the following as his exhibit list:

1.  Defendant identifies the following documents that he will may to support his claims or defenses.

   a. Defendant's Exhibit Sharp A – Incident Report, involving Plaintiff Stephen Jones.  This exhibit is authenticated by affidavit.

   b. Defendants' Exhibit Sharp B – Search Warrant Application for 2802 Missouri Avenue.  This exhibit is authenticated by affidavit.

c. Defendants' Exhibit Sharp C – Search Warrant Affidavit related to 2802 Missouri Avenue. This exhibit is authenticated by affidavit.

d. Defendants' Exhibit Sharp D – Arrest Warrant for Stephen Jones. This exhibit is authenticated by affidavit.

e. Defendants' Exhibit Sharp E – Certified copy of Sentence and Judgment for Stephen Jones. This exhibit is authenticated by affidavit.

2. Defendant reserves the right to use any documents as exhibits for rebuttal purposes, depending upon the presentation of testimony by Plaintiff.

Respectfully submitted,

**CHRIS KOSTER**
Attorney General

*/s/ Philip Sholtz*
Philip Sholtz, # 57375
Assistant Attorney General
P.O. Box 861
St. Louis, Missouri 63188
(314)340-7861
Fax: (314)340-7029
Philip.Sholtz@ago.mo.gov

*Attorneys for Defendant Sharp*

2

## **CERTIFICATE OF SERVICE**

 I hereby certify that on November 18, 2014, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties.


       */s/ Philip Sholtz*
       Assistant Attorney General