UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STEPHEN JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:12-CV-2109 CAS |
| ) | |
| FRANCIS G. SLAY, BETTYE BATTLE- ) | |
| TURNER, RICHARD GRAY, JEROME ) | |
| D. LEE, THOMAS IRWIN, in their official ) | |
| capacities as members of The Board of Police ) | |
| Commissioners of the St. Louis Metropolitan ) | |
| Police Department; VINCENT CARR and ) | |
| SHELL SHARP, ) | |
| ) | |
| Defendants. ) | |

**PARTIAL JUDGMENT**

In accordance with the Memorandum and Order of this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of defendant Vincent Carr and against plaintiff on the Fifth Amendment claims in Count I of the Amended Complaint; the procedural due process claims in Count I based on the alleged suppression of evidence of Sherrod Greenlaw's arrest and Carr's corruption; the Fourth and Fourteenth Amendment claims in Count I based on submitting a false affidavit in support of the search warrant; and the state law abuse of process claim in Count VII.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of defendant Shell Sharp and against plaintiff on the Fifth Amendment claims in Count I of the Amended Complaint, the procedural due process claims in Count I; the substantive due process claims in Count I based on creation of a false police report; the Fourth and Fourteenth Amendment

claims in Count I based on submitting a false affidavit in support of the search warrant; and the state law abuse of process claim in Count VII.

‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ /s/ Charles A. Shaw
‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ **CHARLES A. SHAW**
‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ **UNITED STATES DISTRICT JUDGE**

Dated this  18th  day of November, 2014.