UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STEPHEN JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:12-CV-02109-CAS |
| | ) |
| MAYOR FRANCIS G. SLAY, et. al., | ) |
| | ) |
| Defendants | ) |

## **DEFENDANTS SLAY, BATTLE-TURNER, GRAY, LEE, AND IRWIN'S EXHIBIT LIST**

Defendants Mayor Francis Slay, Jr., Bettye Battle-Turner, Richard Gray, Jerome D. Lee, and Thomas Irwin ("Defendants") respectfully submit the following as their exhibit list:

1. Defendants may introduce the following exhibits at trial:

    a. Board Defendant's Exhibit A – Incident Report, involving Plaintiff Stephen Jones.

    b. Board Defendants' Exhibit B – Search Warrant Application for 2802 Missouri Avenue.

    c. Board Defendants' Exhibit C – Search Warrant Affidavit related to 2802 Missouri Avenue.

    d. Board Defendants' Exhibit D – SLMPD Training Summary of Vincent Carr.

1

e. Board Defendants' Exhibit E– SLMPD Training Summary of Vincent Carr.

f. Board Defendants' Exhibit F-SLMPD Police Manual, *Jones* 748-853.

g. Board Defendants' Exhibit G- Police Academy Constitutional Law Lesson Plan.

h. Board Defendants' Exhibit H- Police Academy Criminal Investigation Lesson Plan.

i. Board Defendants' Exhibit I- Section VII of Special Order 6.02, *Jones* 65-66.

j. Board Defendants' Exhibit J- SLMPD Special Order 86-S-19, *Jones* 615-617.

k. Board Defendants' Exhibit K- SLMPD Special Order 89-S-9, *Jones* 618-620.

l. Board Defendants' Exhibit L- SLMPD Special Order 90-S-12, *Jones* 621-658.

m. Board Defendants' Exhibit M- SLMPD Special Order 91-S-13, *Jones* 659-672.

n. Board Defendants' Exhibit N- SLMPD Special Order 93-S-10, *Jones* 673-674

    o. Board Defendants' Exhibit O- SLMPD Special Order 93-S-12, *Jones* 675-703

    p. Board Defendants' Exhibit P- SLMPD Special Order 97-S-2, *Jones* 740-743

2. Defendant reserves the right to use any documents as exhibits for rebuttal purposes, depending upon the presentation of testimony by Plaintiff.

Respectfully submitted,

**CHRIS KOSTER**
Attorney General

/s/ *Christopher R. Hoell*
CHRISTOPHER R. HOELL, #54011
Assistant Attorney General
Missouri Attorney General's Office
P.O. Box 861
St. Louis, Missouri  63188
Phone:  (314) 340-7219
Fax:  (314) 340-7029
*Attorneys for Defendants Francis Slay, Jr., Bettye Battle-Turner, Richard Gray. Jerome Lee, and Thomas Irwin*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 18, 2014, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties.

                                */s/ Christopher Hoell*
                                Assistant Attorney General