**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| STEPHEN JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:12-CV-02109-CAS |
| ) | |
| MAYOR FRANCIS G. SLAY, ) | |
| et. al., ) | |
| ) | |
| Defendants ) | |

**DEFENDANT SHELL SHARP'S
<u>MOTION FOR SET OFF</u>**

Defendant Shell Sharp, ("Defendant"), pursuant to Mo. Rev. Stat. §537.060, moves this Court for a set off against any judgment entered in Plaintiff's favor on the following basis:

1.  Plaintiff Stephen Jones reached a settlement with one or more persons liable in tort for the same injury.

WHEREFORE, Defendant Shell Sharp respectfully requests that this Court grant Defendant's Motion for Set Off and reduce any judgment entered in Plaintiff's favor by the amount of the settlement.

        Respectfully submitted,

**CHRIS KOSTER**
Attorney General


        */s/ Philip Sholtz*
Philip Sholtz, # 57375
Assistant Attorney General
P.O. Box 861
St. Louis, Missouri 63188
(314)340-7861
Fax: (314)340-7029
Philip.Sholtz@ago.mo.gov

*Attorneys for Defendant Sharp*

## CERTIFICATE OF SERVICE

    I hereby certify that on December 4, 2014, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties.


        */s/ Philip Sholtz*
Assistant Attorney General