UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| STEPHEN JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:12-CV-02109-CAS |
| | ) | |
| MAYOR FRANCIS G. SLAY, | ) | |
| et. al., | ) | |
| | ) | |
| Defendants | ) | |

**DEFENDANT SHELL SHARP'S**
**MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT A TO**
**DEFENDANT SHARP'S MOTION FOR SET OFF**

Defendant Shell Sharp, ("Defendant") moves this Court for leave to file Exhibit A to his Motion for Set Off under seal on the following basis:

1. Exhibit A to Defendant Sharp's Motion for Set Off is a settlement agreement reached between Plaintiff and the United States which contains sensitive and private information.

2. Copies of Exhibit A are already in Plaintiff's possession.

3. Therefore, Defendant Sharp requests leave to file Exhibit A under seal.

WHEREFORE, Defendant Shell Sharp respectfully requests that this Court grant Defendant's Motion for Leave to File Under Seal.

1

Respectfully submitted,

**CHRIS KOSTER**
Attorney General


*/s/ Philip Sholtz*
Philip Sholtz, # 57375
Assistant Attorney General
P.O. Box 861
St. Louis, Missouri 63188
(314)340-7861
Fax: (314)340-7029
Philip.Sholtz@ago.mo.gov

*Attorneys for Defendant Sharp*

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2014, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties.


*/s/ Philip Sholtz*
Assistant Attorney General