IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| STEPHEN JONES, | ) | |
| | ) | |
| Plaintiff, | ) | 4:12-cv-02109-CAS |
| | ) | |
| vs. | ) | |
| | ) | |
| BOARD OF POLICE COMMISSIONERS | ) | |
| OF THE CITY OF ST. LOUIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SETTLEMENT**

COMES NOW Plaintiff Stephen Jones, by counsel, and hereby advises the Court that the parties have reached a settlement, and requests that all pending motions and matters be held in abeyance and that the trial setting be passed for settlement.

WHEREFORE the parties respectfully request that the Court enter its Order holding all matters in abeyance and passing all deadlines pending settlement and for any other relief the Court deems just, the premises considered.

Respectfully submitted,

DOWD & DOWD, P.C.

By: /s/ Richard K. Dowd
RICHARD K. DOWD (33383)
ALEX R. LUMAGHI (56569)
211 North Broadway, Suite 4050
St. Louis, Missouri 63102
(314) 621-2500 - telephone
(314) 621-2503 - facsimile
*Attorneys for Plaintiffs*

1

## CERTIFICATE OF SERVICE

      Plaintiff hereby certifies that the foregoing was filed electronically on December 8, 2014, to be served by operation of the Court's electronic filing system on all attorneys of record.

                                                  /s/ Richard K. Dowd