**SO ORDERED**

*Charles A. Shaw*
1/14/2015

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STEPHEN JONES, | ) |
| Plaintiff, | ) 4:12-cv-02109-CAS |
| vs. | ) |
| VINCENT CARR, et al. | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff Stephen Jones and Defendants, pursuant to the parties' settlement agreement, and the parties hereby stipulate to the dismissal with prejudice of this action pursuant to Rule 41(a)(1).

Respectfully submitted,

*/s/ Richard K. Dowd*
RICHARD K. DOWD (33383)
ALEX R. LUMAGHI (56569)
100 North Broadway, Suite 1600
St. Louis, Missouri 63102
(314) 621-2500 - telephone
(314) 621-2503 - facsimile

*Attorneys for Plaintiff Stephen Jones*

CHRIS KOSTER
Attorney General

*/s/ Philip Sholtz*
Philip Sholtz, # 57375
Assistant Attorney General
P.O. Box 861
St. Louis, Missouri 63188
(314)340-7861
Fax: (314)340-7029
Philip.Sholtz@ago.mo.gov

*Attorneys for Defendant Sharp*